McGREGOR W. SCOTT
United States Attorney

Hilarie E. Snyder
United States Department of Justice
Trial Attorney, Tax Division
P.O. Box 7238
Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 307-2708
Facsimile:  (202) 514-6770
hilarie.e.snyder@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARGROVE & COSTANZO, | ) | 1:06-cv-00046-AWI-DLB |
| | ) | |
| Plaintiff, | ) | **STIPULATION RE EXTENSION OF TIME FOR THE UNITED STATES TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND EXTENSION OF TIME TO PREPARE THE JOINT SCHEDULING REPORT AND PARTICIPATE IN THE SCHEDULING CONFERENCE;** |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | **[PROPOSED] ORDER THEREON** |

   Plaintiff, Hargrove & Constanzo, Hargrove, Richard H., Gen. Ptr. and Defendant United States of America, by and through their undersigned counsel, hereby stipulate to (1) an extension of time for the Government to answer or otherwise respond to the complaint, (2) an extension of time for the parties to file the Joint Scheduling Order, and (3) a postponement of the scheduling conference. The parties respectfully request that the Court approve these stipulations and reschedule the scheduling conference.

   The United States was served with the Summons and Complaint on February 8, 2006.  Accordingly, the United States' answer or

*Stipulation re Extension*                                                      1597431.1

other response to the complaint is due on April 10, 2006.  The United States requests an additional forty-five days (until May 25, 2006) in order that counsel for the United States and counsel for the IRS may review the voluminous administrative records and coordinate a response to the complaint.

Also, the scheduling conference is now set for April 6, 2006, several days before the Government's response is due.  The parties request that this conference be postponed until two weeks after the Government's response to the complaint is due.  Thus, if this stipulation is approved, the scheduling conference would fall on June 8, 2006 (or whichever day is convenient for the Court).

|  | **Old Dates** | **New Dates** |
|---|---|---|
| Response to Complaint | 4/10/06 | 5/25/06 |
| Mandatory Scheduling Conference | 4/6/06 | 6/12/06 9:00 a.m. |
| Joint Scheduling Report |  | 1 week before Conference |
| Parties Conference |  | 20 days before Scheduling Con. |

Respectfully submitted,

Dated:  March 20, 2006.

By:  /s/ Theodore W. Phillips
THEODORE W. PHILLIPS
Attorney for Plaintiff
Hargrove & Costanzo

Dated:  March 20, 2006.          McGREGOR W. SCOTT
United States Attorney

By:  /s/ Hilarie Snyder
HILARIE SNYDER
Trial Attorney, Tax Division
Attorneys for Defendant
United States of America

*Stipulation re Extension*          2                    1597431.1

1  IT IS SO ORDERED.

2  **Dated:   March 29, 2006**          **/s/ Dennis L. Beck**
   3b142a                              UNITED STATES MAGISTRATE JUDGE

*Stipulation re Extension*                                          1597431.1