UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARGROVE & CONSTANZO, | ) | CIV-F 06-0046  AWI DLB |
| Plaintiff, | ) ) | ORDER VACATING HEARING DATE OF SEPTEMBER 18, 2006 AND TAKING MATTER UNDER SUBMISSION |
| v. | ) ) | |
| COMMISSIONER OF INTERNAL REVENUE, et al. | ) ) ) | |
| Defendants. | ) ) | |

   Plaintiff made a motion dismiss Defendants' counterclaim based on statute of limitations and failure to plead fraud with the necessary specificity. Doc. 15.  The hearing for the motion is set for September 18, 2006 at 1:30 PM.  Defendant has filed an opposition, and Plaintiff has filed a reply. Docs. 19 and 20.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 18, 2006  is VACATED, and no party shall appear at that time.  As of September 18, 2006, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     September 13, 2006                      /s/ Anthony W. Ishii
0m8i78                                            UNITED STATES DISTRICT JUDGE

1