McGREGOR W. SCOTT
United States Attorney

Hilarie E. Snyder
United States Department of Justice
Trial Attorney, Tax Division
P.O. Box 7238
Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 307-2708
Facsimile:  (202) 514-6770
hilarie.e.snyder@usdoj.gov

Attorneys for Defendant/Counterclaim Plaintiff


PHILLIPS GREENBERG & HAUSER

Theodore W. Phillips, SBN 37236
3080 Cedar Ravine
Placerville, CA 95667
Telephone: (530) 622-2992
Facsimile: (530) 622-1506
tphillips@pghllp.com

Attorneys for Plaintiffs/Counterclaim Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARGROVE & COSTANZO, *et al.*  )<br>  )<br>    Plaintiff/Counterclaim Defendant,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES OF AMERICA,  )<br>  )<br>    Defendant/Counterclaim Plaintiff.  )<br>_____ ) | 1:06-cv-00046-AWI-DLB<br><br>**STIPULATION EXTENDING DEADLINE TO FILE AN AMENDMENT OR MOTION TO AMEND ANY PLEADING** |

**STIPULATION EXTENDING DEADLINE TO FILE AMENDMENT
OR MOTION TO AMEND ANY PLEADING**

The parties to the above-captioned case stipulate to an extension of the deadline to file an amended pleading or to file a motion requesting leave to amend a pleading from January 1, 2007

*Stipulation Extending the Deadline*      2119868.1

to a new deadline of February 1, 2007. This is the parties' first request for an extension of this deadline. If the Court approves this stipulation, it will not impact any of the other deadlines.

After reviewing Hargrove & Costanzo's answer to the counterclaim, the Government promptly sent discovery to Hargrove & Costanzo. Hargrove & Costanzo's discovery responses, which were due on December 26, 2006, may give rise to an amended Government counterclaim. Hargrove & Costanzo requested an extension, until January 12, 2007, to respond to the Government's discovery. The parties agreed to this discovery extension and agreed to an extension until February 1, 2007 to file an amended pleading or to file a motion requesting leave to amend a pleading. Thus, the parties respectfully request that this stipulation be approved by the Court.

Respectfully submitted,

Dated: December 27, 2006.           McGREGOR W. SCOTT
                                     United States Attorney

                           By:      /s/ Hilarie Snyder
                                    HILARIE SNYDER
                                    Trial Attorney, Tax Division
                                    Attorneys for Defendant


Dated: December 27, 2006            PHILLIPS GREENBERG & HAUSER

                           By:      /s/ Theodore W. Phillips (as authorized on 12/26/06)
                                    THEODORE W. PHILLIPS
                                    Attorneys for Plaintiff


     IT IS SO ORDERED.

     **Dated:   December 27, 2006**              **/s/ Dennis L. Beck**
3b142a                                    UNITED STATES MAGISTRATE JUDGE