1  PHILLIPS GREENBERG & HAUSER
   THEODORE W. PHILLIPS, SBN 37236
2  3080 Cedar Ravine
   Placerville CA 95667
3  Ph: (530) 622-2992
   Fx: (530) 622-1506
4
   In Association with
5
   NEAL E. COSTANZO  SBN 122352
6  HARGROVE & COSTANZO
   575 E. Locust Avenue Suite 115
7  Fresno CA 93720
   Ph:  (559) 261-0163
8  Fx:  (559) 261-0706

9                    **UNITED STATES DISTRICT COURT**

10                    **EASTERN DISTRICT OF CALIFORNIA**

11

12  HARGROVE & COSTANZO, HARGROVE, )   Case No.  1:06-CV-00046-AWI-DLB
    RICHARD H., GEN. PTR., a Person Served )
    with Notice of Assessment with Respect to )   **STIPULATION TO AMEND**
13  Taxpayer Identification No. 77-0426691, )   **SCHEDULING ORDER**
                                            )
14              Plaintiff,                  )   **-and-  ORDER THEREON**
                                            )
15       vs.                                )
                                            )
16  COMMISSIONER OF INTERNAL )
    REVENUE, DEPARTMENT OF THE )
17  TREASURY, INTERNAL REVENUE )
    SERVICE, UNITED STATES OF AMERICA, )
18                                          )
                Defendant.                  )
19  _____ )

20       The parties to the above-entitled case stipulate to amendments to the Scheduling

21  Order entered on March 23, 2007 as follows:

22       1. The non-expert discovery cut-off is extended from August 1, 2007 to

23  September 4, 2007;

24       2. The expert discovery cut-off is extended from November 15, 2007 to December

25  14, 2007;

26       3. The expert disclosure cut-off is extended from October 1, 2007 to November 1,

27  2007;

28       4. The filing deadline for all dispositive motions shall be extended from January

Stipulation to Amend Scheduling Order           1

11, 2008 to February 11, 2008; and hearings thereon are scheduled for March 17, 2008;

    5.  The filing deadline for all non-dispositive motions shall be extended from November 21, 2007 to December 21, 2007; and hearings thereon are scheduled for January 18, 2008.

Dated: May 31, 2007                  /s/ Theodore W. Phillips
_____
Theodore W. Phillips, Attorney for Plaintiff

Dated: May 31, 2007                  /s/ Hilarie E. Snyder
_____
Hilarie E. Snyder, Attorney for Defendant

    IT IS SO ORDERED.

**Dated:   June 7, 2007**            **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE