IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARGROVE & COSTANZO and RICHARD H. HARGROVE<br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA, et al.,<br>　　　　　　Defendants,<br><br>AND RELATED COUNTERCLAIMS　　　　／ | CASE NO. CV-F-06-046 LJO DLB<br><br>**ORDER ON STIPULATION TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER** |

　　　On September 13, 2007, the parties in this case filed a stipulation to continue the trial date and to amend the scheduling order accordingly. ( Doc.59). The parties have not demonstrated good cause for amending this Court's scheduling order. Accordingly, the stipulation to continue the trial date is DENIED.

**IT IS SO ORDERED.**

**Dated:　September 14, 2007**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**