PHILLIPS GREENBERG & HAUSER, LLP
THEODORE W. PHILLIPS, SBN 37236
3080 Cedar Ravine
Placerville CA 95667
Ph: (530) 622-2992
Fx: (530) 622-1506

In Association with

NEAL E. COSTANZO   SBN 122352
HARGROVE & COSTANZO
575 E. Locust Avenue Suite 115
Fresno CA 93720
Ph:   (559) 261-0163
Fx:   (559) 261-0706

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARGROVE & COSTANZO etc., | Case No.  **1:06-cv-00046-LJO-DLB** |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL DATE AND TO AMEND SCHEDULING ORDER ACCORDINGLY** |
| vs. | |
| UNITED STATES OF AMERICA, | **-and-   ORDER THEREON** |
| Defendant. | |
| | [New trial date 11-10-08] |
| UNITED STATES OF AMERICA, | |
| Counterclaim Plaintiff, | |
| vs. | |
| HARGROVE & COSTANZO, RICHARD H. HARGROVE, HARGROVE & COSTANZO, P.C., and NEAL COSTANZO, | |
| Counterclaim Defendants. | |

      The parties to this case stipulate to a five-month continuance of the trial from May 13, 2008 to November 10, 2008 at 9:00a.m. in Courtroom 4 (LJO) of the above entitled Court, and that   the scheduling order be amended as follows:

      1. The pre-trial conference be continued from April 3, 2008 to Tuesday, September 2, 2008 ;

Stip. Continue Trial  & Amend Scheduling Order    1

2. The non-expert discovery cut-off be extended from September 4, 2007 to February 4, 2008;

3. The expert discovery cut-off be extended from December 14, 2007 to May 16, 2008;

4. The expert disclosure cut-off be extended from November 1, 2007 to April 1, 2008;

5. That the filing deadline for all dispositive motions be extended from February 11, 2008 to July 11, 2008 and hearing thereon be scheduled no later than August 11, 2008;

6. The filing deadline for all non-dispositive motions be extended from December 21, 2007 to May 21, 2008 and hearing thereon be scheduled no later than June 13, 2008.

GOOD CAUSE for the continuance of the trial date and amendments to the scheduling order exists based on the following factors:

A. Mr. Hargrove may suffer from an illness that may affect his memory and cognitive functions and he has been unable to appear for his deposition although it has been scheduled on three occasions and it is uncertain whether his medical condition will permit his deposition in the future;

B. The United States filed a Second Amended Complaint on June 1, 2007 joining Richard Hargrove, Neal Costanzo and Hargrove and Costanzo, Professional Corporation as additional parties to the United States' counterclaim and their motion to dismiss that complaint was denied by order dated August 21, 2007;

C. This case involves 18 separate bond issues and discovery to date has amassed approximately 50,000 to 75,000 documents which have to be analyzed by counsel and experts retained by the parties;

/ / / / /

/ / / / /

/ / / / /

Although the parties have been diligent in prosecuting and defending the case, the foregoing factors necessitate additional time for the proper preparation and trial of the matter.

Dated: September 26, 2007               /s/ Theodore W. Phillips
                                        _____
                                        Theodore W. Phillips, Attorney for Plaintiff

Dated: September 26, 2007               /s/ Hilarie E. Snyder
                                        _____
                                        Hilarie E. Snyder, Attorney for Defendant

IT IS SO ORDERED.

**Dated:   September 27, 2007**           **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE