PHILLIPS GREENBERG & HAUSER
THEODORE W. PHILLIPS, SBN 37236
3080 Cedar Ravine
Placerville CA 95667
Ph: (530) 622-2992
Fx: (530) 622-1506

In Association with

NEAL E. COSTANZO   SBN 122352
HARGROVE & COSTANZO
575 E. Locust Avenue Suite 115
Fresno CA 93720
Ph:  (559) 261-0163
Fx:  (559) 261-0706

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARGROVE & COSTANZO etc., | Case No.  1:06-CV-00046-LJO-DLB |
| Plaintiff, | **STIPULATION TO AMEND SCHEDULING ORDER** |
| vs. | |
| UNITED STATES OF AMERICA, | **-and-  ORDER THEREON** |
| Defendant. | [Trial date 11-10-08] |
| UNITED STATES OF AMERICA, | |
| Counterclaim Plaintiff, | |
| vs. | |
| HARGROVE & COSTANZO, RICHARD H. HARGROVE, HARGROVE & COSTANZO, P.C., and NEAL COSTANZO, | |
| Counterclaim Defendants. | |

The parties to this case stipulate to the following extensions:

1. The non-expert discovery cut-off will be extended from February 4, 2008 to February 20, 2008.

2. The expert disclosure deadline will be extended from April 1, 2008 to April 18, 2008.

3. The expert discovery cut-off will be extended from May 16, 2008 to June 2, 2008.

Stip. Amend Scheduling Order     1

GOOD CAUSE exists for such extensions in that the deposition of Bill Gnass was not completed on the day on which it was scheduled. The parties and witness Gnass originally agreed to reschedule the deposition for January 31, 2008, the day after Derek Knight's deposition. Mr. Knight's deposition was the final deposition scheduled for this case. Counsel for Hargrove & Costanzo now has a conflict on January 31, 2008, and it minimizes the travel expenses of the parties for both depositions to be taken consecutively. The next available dates for counsel and the witnesses are approximately two to three weeks after the present February 4, 2008 fact discovery deadline.

In view of the slight, requested discovery extension, it is necessary to extend the period for expert disclosure and expert discovery as set forth in the stipulation above. Such extensions will not affect the other dates set in the Court's present scheduling order.

Dated: January 23, 2008              s/Theodore W. Phillips
                                     _____
                                     Theodore W. Phillips, Attorney for
                                     Plaintiff

Dated: January 23, 2008              s/ Hilarie E. Snyder
                                     _____
                                     Hilarie E. Snyder, Attorney for
                                     Defendant

IT IS SO ORDERED.

**Dated:   January 24, 2008**              _____/s/ **Dennis L. Beck**_____
                                           UNITED STATES MAGISTRATE JUDGE