McGREGOR W. SCOTT
United States Attorney

Hilarie E. Snyder
United States Department of Justice
Trial Attorney, Tax Division
P.O. Box 7238
Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 307-2708
Facsimile:  (202) 514-6770
hilarie.e.snyder@usdoj.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARGROVE & COSTANZO etc., | Case No.  1:06-CV-00046-AWI-DLB |
| Plaintiff, | |
| vs. | **STIPULATION TO AMEND SCHEDULING ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | **-and-   ORDER THEREON** |
| _____ | |
| UNITED STATES OF AMERICA, | [Trial date 11-10-08] |
| Counterclaim Plaintiff, | |
| vs. | |
| HARGROVE & COSTANZO, RICHARD H. HARGROVE, HARGROVE & COSTANZO, P.C., and NEAL COSTANZO, | |
| Counterclaim Defendants. | |
| _____ | |

The parties to this case stipulate to the following extensions:

1. The expert disclosure deadline will be extended from April 18, 2008 to May 23, 2008.

2. The expert discovery cut-off will be extended from June 2, 2008 to July 7, 2008.

3. The filing deadline for all non-dispositive motions will be extended from May 21,

1  2008 to July 11, 2008 and hearing thereon be scheduled no later than August 11, 2008

2  Such extensions will not affect the other dates set in the Court's present scheduling

3  order, including the dispositive-motions deadline and the trial date.

4  GOOD CAUSE exists for such extensions in that the parties have now completed fact

5  discovery and hope to engage in some settlement negotiations within the next few weeks. With

6  some extra time, the parties will be able to discuss and exhaust their settlement options while

7  minimizing expert witness fees. Additionally and alternatively, both parties experts are opining

8  about 18 transactions across approximately five years. The transactions are reasonably

9  complicated and discovery has amassed hundreds of thousands of documents, as well as

10 numerous deposition transcripts. The experts will need some additional time to compile their

11 reports.

13 Dated: March 10, 2008                    s/ Theodore W. Phillips
                                           _____
14                                          Theodore W. Phillips, Attorney for
                                            Plaintiff

16 Dated: March 10, 2008                    s/ Hilarie E. Snyder
17                                          _____
                                            Hilarie E. Snyder, Attorney for
18                                          Defendant

27       IT IS SO ORDERED.

28       **Dated:   March 11, 2008**              **/s/ Dennis L. Beck**

Stip. Amend Scheduling Order      2

UNITED STATES MAGISTRATE JUDGE

Stip. Amend Scheduling Order    3