PHILLIPS GREENBERG & HAUSER
THEODORE W. PHILLIPS, SBN 37236
3080 Cedar Ravine
Placerville CA 95667
Ph: (530) 622-2992
Fx: (530) 622-1506

In Association with

NEAL E. COSTANZO   SBN 122352
HARGROVE & COSTANZO
575 E. Locust Avenue Suite 115
Fresno CA 93720
Ph:  (559) 261-0163
Fx:  (559) 261-0706

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARGROVE & COSTANZO etc., | Case No.  1:06-CV-00046-LJO-DLB |
| Plaintiff, | **STIPULATION TO AMEND SCHEDULING ORDER** |
| vs. | |
| UNITED STATES OF AMERICA, | **-and-  ORDER THEREON** |
| Defendant. | [Trial date 11-10-08] |
| UNITED STATES OF AMERICA, | |
| Counterclaim Plaintiff, | |
| vs. | |
| HARGROVE & COSTANZO, RICHARD H. HARGROVE, HARGROVE & COSTANZO, P.C., and NEAL COSTANZO, | |
| Counterclaim Defendants. | |

The parties to this case stipulate to the following extensions:

1. The expert disclosure deadline will be extended from May 23, 2008, to June 13, 2008.

2. The expert discovery cut-off will be extended from July 7, 2008, to July 28, 2008.

3. The filing deadline for all non-dispositive motions will be extended from July 11, 2008, to August 1, 2008, and hearing thereon be scheduled no later than September 3, 2008.

Stip. Amend Scheduling Order                               1

1       4. The pretrial conference shall be continued from September 2, 2008 to October 1,
2   2008 at 8:30am.
3       GOOD CAUSE exists for such extensions because the experts for both parties are active
4   professionals with extraordinary demands upon their time by reason of the collapse of the
5   municipal bond auction markets, which has greatly increased the demand for their services on
6   an expedited basis. Additionally, the number and complexity of the bond transactions at issue
7   and the hundreds of thousands of documents produced, some only recently by third parties, will
8   require additional time for the experts to prepare their reports.

10  Dated: May 14, 2008                                  s/Theodore W. Phillips
11                                                       _____
                                                         Theodore W. Phillips, Attorney for
                                                         Plaintiff
12
13
    Dated: May 14, 2008                                  s/ Hilarie E. Snyder
14                                                       _____
                                                         Hilarie E. Snyder, Attorney for
15                                                       Defendant

18  GOOD CAUSE EXISTS FOR THE REQUEST.   IT IS GRANTED.

22                                                       IT IS SO ORDERED.
23  **Dated:   May 15, 2008**                            **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE

Stip. Amend Scheduling Order                  2