PHILLIPS GREENBERG & HAUSER
THEODORE W. PHILLIPS, SBN 37236
3080 Cedar Ravine
Placerville CA 95667
Ph: (530) 622-2992
Fx: (530) 622-1506

In Association with

NEAL E. COSTANZO   SBN 122352
HARGROVE & COSTANZO
575 E. Locust Avenue Suite 115
Fresno CA 93720
Ph:  (559) 261-0163
Fx:  (559) 261-0706

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARGROVE & COSTANZO etc., | Case No.  1:06-CV-00046-LJO-DLB |
| Plaintiff, | **SUPPLEMENT TO STIPULATION TO AMEND SCHEDULING ORDER** |
| vs. | |
| UNITED STATES OF AMERICA, | -and-   **ORDER THEREON** |
| Defendant. | [Trial date 11-10-08] |
| UNITED STATES OF AMERICA, | |
| Counterclaim Plaintiff, | |
| vs. | |
| HARGROVE & COSTANZO, RICHARD H. HARGROVE, HARGROVE & COSTANZO, P.C., and NEAL COSTANZO, | |
| Counterclaim Defendants. | |

Whereas the parties inadvertently failed to provide for the extension of the filing and hearing deadlines for dispositive motions in the Stipulation presented to the Court on May 12, 2008 and signed by the Judge May 15, 2008, the parties now stipulate that such deadlines be extended to coincide with the deadlines for the non-dispositive motions, so that the filing

Supplement to Stip. Amend Scheduling Order            1

1  deadline is extended to August 1, 2008 and the hearings thereon be scheduled no later than
2  September 3, 2008.

4  Dated: May 21, 2008                               s/Theodore W. Phillips
5                                                    _____
                                                     Theodore W. Phillips, Attorney for
                                                     Plaintiff
6

7
   Dated: May 21, 2008                               s/ Hilarie E. Snyder
8                                                    _____
                                                     Hilarie E. Snyder, Attorney for
9                                                    Defendant

11 IT IS SO ORDERED.

12 **Dated:   May 28, 2008**                         **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE