# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Counterclaim Plaintiff,<br><br>　　vs.<br><br>HARGROVE and COSTANZO, RICHARD H. HARGROVE, NEIL COSTANZO, and HARGROVE & COSTANZO, PROFESSIONAL CORPORATION,<br><br>　　　　Counterclaim Defendants.<br>_____ / | CASE NO. CV F 06-0046 LJO SMS<br><br>**ORDER DIRECTING FILING OF DOCUMENT IN SUPPORT OF MOTION TO TO CONTINUE TRIAL** |

This Court has received and reviewed the motion to continue trial by Hargrove and Costanza, Richard H. Hargrove, Hargrove & Costanzo, P.C., Richard H. Hargrove and Neal E. Costanzo. Trial is set for November 10, 2008. The grounds for the request for continuance is a trial conflict of Neil Costanzo in a case pending in the Stanislaus County Superior Court. The Court directs the moving parties to file the document which was filed in the Stanislaus County Superior Court in which that Court was alerted to the conflict. If that Court has not previously been alerted to the potential conflict, this Court intends to find that good faith efforts to avoid the conflict were not made and intends to deny the request for a continuance.

**IT IS SO ORDERED.**

**Dated:  October 15, 2008**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**