# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARGROVE & COSTANZO, et.al., | 1:06cv046 AWI DLB |
| Plaintiffs, | ORDER DENYING DEFENDANT'S REQUEST TO TAKE SECOND DEPOSITION AS MOOT |
| v. | (Document 128) |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Defendant United States of America ("Defendant") filed the instant motion for leave to take a second deposition of Plaintiff and Counterclaim Defendant Richard Hargrove on March 20, 2009. Pursuant to the Court's order granting an expedited hearing, the matter was heard on April 3, 2009, before the Honorable Dennis L. Beck, United States Magistrate Judge. Hilarie Snyder and Olivia Hussey appeared on behalf of Defendant. Brady McGuiness appeared on behalf of Richard Hargrove ("Mr. Hargrove") and Theodore Phillips appeared on behalf of Neal Costanzo and the entity Plaintiffs/Counterclaim Defendants.

The Court has learned that the parties have reached a settlement in this action and this motion is therefore moot.

Accordingly the Defendant United States of America instant motion for leave to take a second deposition of Plaintiff and Counterclaim Defendant Richard Hargrove is Denied.

IT IS SO ORDERED.

Dated: **May 7, 2009**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE