LAWRENCE G. BROWN
Acting United States Attorney

Hilarie E. Snyder
United States Department of Justice
Trial Attorney, Tax Division
P.O. Box 7238
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-2708
Facsimile: (202) 514-6770
hilarie.e.snyder@usdoj.gov

Attorneys for Defendant

FILED

MAY 1 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARGROVE & COSTANZO, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al* <br><br> Defendants. <br><br> UNITED STATES OF AMERICA <br><br> Counterclaim Plaintiff <br><br> v. <br><br> HARGROVE & COSTANZO; *et al.* <br><br> Counterclaim Defendants | **STIPULATION OF DISMISSAL WITH PREJUDICE** <br> AND ORDER <br><br> Case No.: 1:06-cv-00046-LJO-DLB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate that the complaint and counterclaim in the above-captioned action be dismissed with prejudice.

*Stipulation of Dismissal*

4134903.1

Each party agrees to bear their respective costs, including any attorneys' fees or other expenses of this litigation.

Respectfully submitted,

Dated: 5/8/07

JAMES BETTS
Betts & Wright
7108 North Fresno Street
Suite 460
Fresno, California 93720
Attorney for Richard Hargrove

Dated:_____

NEAL COSTANZO
Costanzo & Associates
6495 N. Palm Avenue
Suite 101
Fresno, CA 93704
Attorney for Hargrove & Costanzo, Neal Costanzo, and Hargrove & Costanzo

Dated:_____

THEODORE W. PHILLIPS
Phillips, Greenberg & Hauser
3080 Cedar Ravine
Placerville, CA 95667
Attorney for Hargrove & Costanzo, Neal Costanzo, and Hargrove & Costanzo

Dated:_____

MARSHALL WHITNEY
McCormick Barstow LLP
5 River Park Place East
Fresno, CA 93720-1501
Attorney for Hargrove & Costanzo, Neal Costanzo, and Hargrove & Costanzo

Dated:_____

LAWRENCE G. BROWN
Acting United States Attorney

HILARIE SNYDER
Trial Attorney, Tax Division
Attorneys for United States of America, Commissioner of the Internal Revenue, Internal Revenue Service, and Department of the Treasury

1     Each party agrees to bear their respective costs, including any attorneys' fees or other
2 expenses of this litigation.
3 Respectfully submitted,

4
5 Dated: _____
                            JAMES BETTS
6                             Betts & Wright
                            1108 North Fresno Street
7                             Suite 460
                            Fresno, California 93720
8                             Attorney for Richard Hargrove

9 Dated: 5-8-09
                            NEAL COSTANZO
10                            Costanzo & Associates
                            6495 N. Palm Avenue
11                            Suite 101
                            Fresno, CA 93704
12                            Attorney for Hargrove & Costanzo, Neal Costanzo,
                            and Hargrove & Costanzo
13 Dated: 5-7-2009
14                            THEODORE W. PHILLIPS
                            Phillips, Greenberg & Hauser
15                            3080 Cedar Ravine
                            Placerville, CA 95667
16                            Attorney for Hargrove & Costanzo, Neal Costanzo,
                            and Hargrove & Costanzo

17 Dated: _____
18                            MARSHALL WHITNEY
                            McCormick Barstow LLP
19                            5 River Park Place East
                            Fresno, CA 93720-1501
20                            Attorney for Hargrove & Costanzo, Neal Costanzo,
                            and Hargrove & Costanzo

21
22 Dated: _____
                            LAWRENCE G. BROWN
                            Acting United States Attorney
23
24                            HILARIE SNYDER
                            Trial Attorney, Tax Division
                            Attorneys for United States of America,
25                            Commissioner of the Internal Revenue,
                            Internal Revenue Service, and Department of the
26                            Treasury
27
28

*Stipulation of Dismissal*           -2-                         4134900.1

Each party agrees to bear their respective costs, including any attorneys' fees or other expenses of this litigation.

Respectfully submitted,

Dated:_____

JAMES BETTS
Betts & Wright
7108 North Fresno Street
Suite 460
Fresno, California 93720
Attorney for Richard Hargrove

Dated:_____

NEAL COSTANZO
Costanzo & Associates
6495 N. Palm Avenue
Suite 101
Fresno, CA 93704
Attorney for Hargrove & Costanzo, Neal Costanzo, and Hargrove & Costanzo

Dated: 5-7-2009

THEODORE W. PHILLIPS
Phillips, Greenberg & Hauser
3080 Cedar Ravine
Placerville, CA 95667
Attorney for Hargrove & Costanzo, Neal Costanzo, and Hargrove & Costanzo

Dated:_____

MARSHALL WHITNEY
McCormick Barstow LLP
5 River Park Place East
Fresno, CA 93720-1501
Attorney for Hargrove & Costanzo, Neal Costanzo, and Hargrove & Costanzo

Dated:_____

LAWRENCE G. BROWN
Acting United States Attorney

HILARIE SNYDER
Trial Attorney, Tax Division
Attorneys for United States of America, Commissioner of the Internal Revenue, Internal Revenue Service, and Department of the Treasury

|   |   |   |
|---|---|---|
| 1 | Each party agrees to bear their respective costs, including any attorneys' fees or other | |
| 2 | expenses of this litigation. | |
| 3 | Respectfully submitted, | |
| 4 | | |
| 5 | Dated:_____ | JAMES BETTS |
| 6 | | Betts & Wright<br>7108 North Fresno Street |
| 7 | | Suite 460<br>Fresno, California 93720 |
| 8 | | Attorney for Richard Hargrove |
| 9 | Dated:_____ | NEAL COSTANZO |
| 10 | | Costanzo & Associates<br>6495 N. Palm Avenue |
| 11 | | Suite 101<br>Fresno, CA 93704 |
| 12 | | Attorney for Hargrove & Costanzo, Neal Costanzo, and Hargrove & Costanzo |
| 13 | Dated: 5-7-2009 | *[signature]* |
| 14 | | THEODORE W. PHILLIPS<br>Phillips, Greenberg & Hauser |
| 15 | | 3080 Cedar Ravine<br>Placerville, CA 95667 |
| 16 | | Attorney for Hargrove & Costanzo, Neal Costanzo, and Hargrove & Costanzo |
| 17 | Dated: 5-7-2009 | *[signature]* |
| 18 | | MARSHALL WHITNEY<br>McCormick Barstow LLP |
| 19 | | 5 River Park Place East<br>Fresno, CA 93720-1501 |
| 20 | | Attorney for Hargrove & Costanzo, Neal Costanzo, and Hargrove & Costanzo |
| 21 | | |
| 22 | Dated:_____ | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 23 | | |
| 24 | | HILARIE SNYDER<br>Trial Attorney, Tax Division |
| 25 | | Attorneys for United States of America,<br>Commissioner of the Internal Revenue, |
| 26 | | Internal Revenue Service, and Department of the Treasury |
| 27 | | |
| 28 | | |

*Stipulation of Dismissal* — -2- — 4134903.1

Each party agrees to bear their respective costs, including any attorneys' fees or other expenses of this litigation.

Respectfully submitted,

Dated:_____

JAMES BETTS
Betts & Wright
7108 North Fresno Street
Suite 460
Fresno, California 93720
Attorney for Richard Hargrove

Dated:_____

NEAL COSTANZO
Costanzo & Associates
6495 N. Palm Avenue
Suite 101
Fresno, CA 93704
Attorney for Hargrove & Costanzo, Neal Costanzo, and Hargrove & Costanzo

Dated:_____

THEODORE W. PHILLIPS
Phillips, Greenberg & Hauser
3080 Cedar Ravine
Placerville, CA 95667
Attorney for Hargrove & Costanzo, Neal Costanzo, and Hargrove & Costanzo

Dated:_____

MARSHALL WHITNEY
McCormick Barstow LLP
5 River Park Place East
Fresno, CA 93720-1501
Attorney for Hargrove & Costanzo, Neal Costanzo, and Hargrove & Costanzo

Dated: 5·8·09

LAWRENCE G. BROWN
Acting United States Attorney

*/s/ Hilarie Snyder*
HILARIE SNYDER
Trial Attorney, Tax Division
Attorneys for United States of America, Commissioner of the Internal Revenue, Internal Revenue Service, and Department of the Treasury

IT IS SO ORDERED.
The Clerk of the Court is directed to close this action.

Dated: May 11, 2009

*/s/*
HONORABLE LAWRENCE J. O'NEILL
U.S. District Judge

*Stipulation of Dismissal* -2-

4134903.1